Amanda L. Laub, Esq.
Nevada Bar No. 14903
ADAMS ESQ, A Professional Corporation
One East Liberty, Suite 600
Reno NV 89501
(775) 219-6777 (phone)
(775) 924-7200 (fax)
Alaub@adamsesq.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A.U.R.U a minor, by and through Guardian ad Litem and individuals, S.U., <br><br>Plaintiffs,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:23-cv-00528-RCJ-CSD <br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

### ORDER APPOINTING GUARDIAN AD LITEM

The petition for an order appointing Stephany Ulloa as guardian ad litem for petitioner is **GRANTED.**

**IT IS SO ORDERED**

Dated: November 15, 2023     By: _____
                                 United States Magistrate Judge