UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| A.U.R.U., a minor, by and through Parent and Legal Guardian and individual, STEPHANY ULLOA<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 3:23-cv-00528-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO SEAL ECF NO. 18 AND REFILE REDACTED MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs A.U.R.U., a minor, by and through parent, legal guardian and individual, STEPHANY ULLOA (Plaintiffs) and Defendant WASHOE COUNTY SCHOOL DISTRICT (District), a political subdivision of the State of Nevada, hereinafter referred to collectively as the Parties, by and though their respective counsel, hereby stipulate and agree, pursuant to Electronic Case Filing Local Rules (LR) IC 6-1, Civil LR IA 6-2 and LR 7-1, as follows:

1. On March 29, 2024, the District filed a Motion for Summary Judgment (ECF No. 18). However, the District inadvertently referenced Plaintiff A.U.R.U., who is a minor, by name.

2. On April 10, 2024, Plaintiffs' counsel informed the District of their inadvertent error and requested the District redact the minor Plaintiff's name in the motion and exhibits.

1

3. Pursuant to LR IC 6-1, Redaction, "(a) Parties must refrain from including—or must partially redact, where inclusion is necessary—the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise: . . . (2) Names of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child should be used."

4. Accordingly, the Parties, after consultation with one another, stipulate that the District's Motion for Summary Judgment (ECF No. 18) should be sealed in order to protect the identity of A.U.R.U., a minor Plaintiff.

5. Additionally, the Parties stipulate that the District will refile their Motion for Summary Judgment (ECF No. 18) with all the same information (except the March 29, 2024 file stamp) to remove references to the minor Plaintiff's name on page 16 and with redactions applied to all exhibits.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 15th day of April, 2024. | DATED this 15th day of April, 2024. |
| ADAMS, ESQ. | WASHOE COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| By: /s/Amanda L. Laub, Esq<br>Amanda L. Laub, Esq.<br>ADAMS, ESQ.<br>Nev. Bar No. 14903<br>alaub@adamsesq.com<br>703 S. 8th Street<br>Las Vegas, NV 89107<br>Attorney for Plaintiffs | By: /s/Sara K. Montalvo, Esq<br>Sara K. Montalvo, Esq.<br>Nev. Bar No. 11899<br>sara.montalvo@washoeschools.net<br>Andrea L. Schulewitch, Esq.<br>Nev. Bar No. 15321<br>andrea.schulewitch@washoeschools.net<br>P.O. Box 30425<br>Reno, Nevada 89520-3425<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED this 19th day of April, 2024.

_____
Anne R. Traum
United States DistrictJudge